Terry Scannell, OSB #853220
terry@scannellaw.com
Christopher E. Hayes, OSB #093777
chris@scannellaw.com
SCANNELLAW, LLC
7307 SW Beveland Street, Suite 200
Tigard, OR  97223
(503) 776-0806
*Of Attorneys for Plaintiff*

Patrick M. Gregg, OSB No. 093698
gregg@corey-byler.com
COREY BYLER & REW, LLP
PO Box 218
Pendleton, OR 97801
(541) 276-3331
*Of Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PENDLETON DIVISION

| | |
|---|---|
| **JANE DOE**, <br><br> Plaintiff, <br><br> v. <br><br> Detective Sergeant **BILL WRIGHT**, Lieutenant **KEITH KENNEDY**, and Chief **DARLA HUXEL**, in their individual and official capacities; **CITY OF UMATILLA**, a municipal entity; and **JOHN DOES 1-10**, who are individuals or entities currently unknown to the Plaintiff, <br><br> Defendants. | Case No.  2:23-cv-00332-HL <br><br> **STIPULATED GENERAL JUDGMENT (DISMISSAL)** |

//
//
//
//

PAGE 1  -  **STIPULATED GENERAL JUDGMENT – DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(ii) and LR-41-1(c), and the stipulation of the parties by and through their counsel of record, it is HEREBY ORDERED AND ADJUGED that the above-captioned action and all claims and counterclaims therein are dismissed, with prejudice, and without costs, disbursements, or attorneys' fees awarded to any party.

Dated: February 4, 2026

_____
ANDREW HALLMAN
United States Magistrate Judge

Stipulated & Agreed to By:

| SCANNELLAW, LLC | Heltzel Williams PC |
|---|---|
| By: /s/ Terry Scannell | By: /s/ Andrew D. Campbell |
| Terry Scannell, OSB No. 853220 | Andrew D. Campbell, OSB No. 022647 |
| terry@scannellaw.com | andrew@heltzel.com |
| *Of Attorneys for Plaintiff* | *Attorney for Defendant Bill Wright* |